IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ROSIE WASHINGTON**                                                                  **PLAINTIFF**

**V.**                                                   **NO. 3:06cv293LS**

**DERKNOCO AUTO SALES, ET AL.**                                  **DEFENDANTS**

## AGREED ORDER

BE IT REMEMBERED that this matter came before the Court upon the *ore tenus* motion of the parties requesting that this action be stayed pending arbitration. Finding that the parties have voluntarily agreed to arbitrate the disputes in question, the Court finds that said motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action be, and hereby is, stayed pending submission of the disputes in question to arbitration and the completion of arbitration.

IT IS FURTHER ORDERED AND ADJUDGED that this matter be, and hereby is, administrative closed pending the completion of arbitration, subject to it being reopened thereafter in order to permit the enforcement of any award.

SO ORDERED AND ADJUDGED, this the 14TH day of July, 2006.

                                              /s/ Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND
CONTENT:


/s/ Jarrod W. Taylor
Jarrod W. Taylor
Attorney for Plaintiff

DerKnoCo Auto Sales and DerKnoCo
Marketing Company, LLC


By: /s/ Deryl L. Knox, Sr.



/s/ Mark H. Tyson
Mark H. Tyson
Attorney for Credit Acceptance
Corporation

201881.1